BEFORE THE SECOND DIVISION, JANUARY 11, 1966

**No. 69734.**—J. C. De Jong & Co., Inc. *v.* United States, protests 59/31025, 60/5948, and 61/607 (New York).

Opinion by Rao, C.J. In accordance with stipulation of counsel that the merchandise consists of brass pole rings similar in all material respects to those the subject of *Kroder Reubel Co., Inc., et al.* v. *United States* (44 Cust. Ct. 274, C.D. 2186), the claim of the plaintiff was sustained.